IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA K. SHAVER, as Personal Representative of the Estate of Larry Shaver, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>AVCO CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. Act. No.: 2:20-cv-739-ECM<br>)                 (WO)<br>)<br>)<br>) |

**FINAL JUDGMENT**

In accordance with the previous Orders entered in this case it is the

ORDER, JUDGMENT, and DECREE of the Court that final judgment is entered against Linda K. Shaver as Personal Representative of the Estate of Larry Shaver, and in favor of the Defendants.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of September, 2022.

                                      /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE